UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Beal*, 7:20cv6 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

# DEPOSITION DESIGNATIONS ORDER NO. 4

This Order addresses Plaintiff's objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiff's counter-designations thereto for the following witness depositions:

1. Beal, Heather (1/5/2022)

2. Causey, Steven (1/3/2022)

3. Hanger, Donald (1/26/2022)

4. McGuire, Todd (1/4/2022)

**SO ORDERED** this 2nd day of May, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**