# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Beal*, 7:20cv6 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 5

The Court defers ruling on Defendants' deposition designations for Dala Hemeyer until after Plaintiff Beal testifies at trial, as the relevance and admissibility of those designations will depend on his trial testimony. The undersigned will consider the Hemeyer designations together with Beal's trial testimony, and enter appropriate rulings thereafter.

**SO ORDERED** this 3rd day of May, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**