UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to the Cases Identified in Footnote 1 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

On July 11, 2022, Defendants filed a notice of their intent to move—not now, but someday—for relief from judgment in nine bellwether cases.[1] This filing is plainly improper. Federal court dockets are not repositories for lawyers to preview their future litigation strategies. To the extent Defendants believe there is a legal basis for obtaining relief from certain judgments, they are free to timely file appropriate motions seeking that relief. However, merely performative submissions—filings that are responsive to nothing and seek nothing, but clog the already overloaded docket, subvert efficiency, and waste judicial time and resources—lack a valid basis and are impermissible. Consequently, Defendants'

---

[1] *See Beal*, 7:20cv006, ECF No. 203; *Camarillorazo*, 7:20cv098, ECF No. 184; *Finley*, 7:20cv170, ECF No. 186; *Sloan*, 7:20cv001, ECF No. 199; *Vaughn*, 7:20cv134, ECF No. 186; *Vilsmeyer*, 7:20cv113, ECF No. 155; *Wayman*, 7:20cv149, ECF No. 204; *Wilkerson*, 7:20cv035, ECF No. 218; *Adkins*, 7:20cv012, ECF No. 136.

submissions are hereby stricken from the respective dockets on which they are filed.

     **DONE AND ORDERED**, on this 12th day of July, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**